USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA FOGEL, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

LIVE NATION ENTERTAINMENT, INC.,

        Defendant.

12 Civ. 6816 (JMF)

STIPULATION AND [PROPOSED] ORDER TO COMPEL ARBITRATION AND STAY CASE PENDING ARBITRATION

The parties, by and through their undersigned counsel, stipulate to the following:

WHEREAS, Plaintiff commenced this purported class action on September 10, 2012;

WHEREAS, Plaintiff's claim arises from a purchase of a ticket to an entertainment event on December 9, 2011; and

WHEREAS, Defendant shall provide Plaintiff with an affidavit or declaration establishing that the Terms of Use published on Defendant's website at all times since June 15, 2011 has provided for arbitration before JAMS,

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1.  The parties hereby agree to proceed forthwith to arbitrate their dispute before JAMS.

2.  This case shall be stayed pending the outcome of the arbitration.

3.  The parties' arbitration will not be a class arbitration.

4.  The arbitrator shall have the same power to adjudicate the dispute and to award relief that the Court would have if the dispute were adjudicated judicially.

5. Defendant shall pay all invoices from JAMS within 15 days of receipt, both in this matter and in the pending JAMS arbitration captioned *Tegtmeier v. Live Nation Entertainment, Inc.*, JAMS REF# 1425012229.

Dated: New York, New York
November 9, 2012

_____
Thomas I. Sheridan, III
Mitchell M. Breit
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, NY 10016
tsheridan@hanlyconroy.com
(212) 784-6404
mbreit@hanlyconroy.com
(212) 784-6422

and

Derek Y. Brandt
SIMMONS BROWDER GIANARIS ANGELIDES &
BARNERD LLC
One Court Street
Alton, IL 62002
dbrandt@simmonsfirm.com
(618) 259-2222

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.
November 9, 2012

_____
Philip R. Sellinger
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Greenberg Traurig, LLP | 200 Park Avenue |
Florham Park, NJ 07932-0677
sellingerp@gtlaw.com
(973) 360-7900
vannostranda@gtlaw.com
(973) 443-3557

*Attorneys for Defendant*

In light of the parties' stipulation, the Clerk of Court is directed to administratively close this case, subject to the right of either party to reopen within 30 days of a decision by the arbitrator or on showing of good cause. All conferences are cancelled. All motions are moot.